IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| ROBERT HACKWORTH, Jr., | C 15-02016 BLF (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION OR NOTICE REGARDING SUCH MOTION** |
| v. | |
| REBETERANO, et al. , | |
| Defendants. | |

For good cause appearing, Defendants' request for an extension of time to file a dispositive motion or notice regarding such motion is granted.  The current deadline of August 18, 2015 to file a dispositive motion is vacated.  Defendants may file a dispositive motion, if warranted, or notice regarding such motion on or before October 19, 2015.

Plaintiff's opposition to the dispositive motion shall be filed not more than 28 days after Defendants' motion is served and filed.

/ / /

/ / /

1

1    Defendants shall file a reply brief not more than 14 days after the opposition is served and

2    filed.

3    IT IS SO ORDERED.

4    Dated: _August 7, 2015_    _____

5                                   THE HONORABLE BETH LABSON FREEMAN
                                    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Grant'g Mot. Extension Time File Dispositive Mot.  (C 15-02016 BLF (PR))