UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| ROBERT HACKWORTH, | No. 15-CV-02016 BLF (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| C. RETERTERANO, et al., | |
| Defendants. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of ROBERT HACKWORTH, inmate no. C-96290, presently in custody at Salinas Valley State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required.

Dated: December 1, 2016

NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: Warden, Salinas Valley State Prison

GREETINGS

WE COMMAND that you have and produce the body of ROBERT HACKWORTH, inmate no. C-96290, in your custody in the hereinabove-mentioned institution, before the United States District Court in courtroom D of the Federal Courthouse at 450 Golden Gate Avenue, San Francisco, at 1:00 p.m., on January 12, 2017, in order that said prisoner may then and there participate in the SETTLEMENT

1  CONFERENCE in the matter of Hackworth v. Reberterano, et al, and at the termination of said hearing
2  return him forthwith to said hereinabove-mentioned institution, or abide by such order of the above-
3  entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce
4  said prisoner at all times necessary until the termination of the proceedings for which his testimony is
5  required in this Court;
6      Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
7  for the Northern District of California.

Dated: December 1, 2016

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter 
    Administrative Law Clerk

Dated: December 1, 2016



_____
NANDOR J. VADAS
United States Magistrate Judge