UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

    Plaintiff,

    v.

C. REBERTERANO, et al.,

    Defendants.

Case No. 15-cv-02016-BLF (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

    A settlement conference was held on January 12, 2017, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X ) Plaintiff, Robert Hackworth Pro Se.

    (   ) Warden or warden's representative

    ( X ) Office of the California Attorney General, Trace Maiorino.

    (   ) Other:

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    ( X ) The case has been completely settled.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

    (   ) The parties are unable to reach an agreement at this time.

1    **IT IS SO ORDERED.**

2    Dated: 2/1/2017

3    _____

4    NANDOR J. VADAS
     United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT HACKWORTH,

    Plaintiff,

v.

C. REBERTERANO, et al.,

    Defendants.

Case No.  15-cv-02016-BLF   (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 1, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Hackworth
C-96290
Salinas Valley State Prison
P. O. Box 1050
Soledad, Ca 93960-1060

Dated: February 1, 2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Gloria Knudson, Deputy Clerk to the
Honorable NANDOR J. VADAS

3